**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**MICHAEL LORUSSO,**
        **Petitioner,**

**vs.**                                                    **Case No.:  1:25cv363-MCR-MAF**

**SECRETARY, Florida Department**
**of Children and Families,**
        **Respondent.**
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on December 9, 2025.  *See* ECF No. 7.  The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The Magistrate Judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

1

2.	The 28 U.S.C. § 2241 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED without prejudice**.

3.	Petitioner's Application to Proceed *In Forma Pauperis* (ECF No. 10) is **DENIED** as moot.

3.	A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 8th day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**